IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs | ) | Case No.   3:17CR161-3 |
| | ) | |
| | ) | |
| **SAMANTHA SHELTON** | | |

**ORDER TERMINATING SUPERVISED RELEASE**

The above named began supervised release on May 31, 2018, for a period of three years. Based on good cause shown it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   21   day of   May  , 2020

Walter H. Rice
United States District Judge